UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WCT INC.,

        Plaintiff,

v.

REPUBLIC OF INDIA, THE EMBASSY OF INDIA WASHINGTON, D.C., AND MINISTRY OF EXTERNAL AFFAIRS THROUGH THE EMBASSY OF INDIA, WASHINGTON, D.C.,

        Defendants.

STATE BANK OF INDIA,
NEW YORK BRANCH,

        Nominal Defendant.

Civ. No.

## PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff WCT, Inc. submits the following:

The nongovernment corporate party in the above listed civil action, WCT, Inc., does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
July 26, 2022

                                      Respectfully submitted:

                                      **WHITE AND WILLIAMS LLP**

By:_____
Thomas E. Butler, Esq.
7 Times Square - Suite 2900
New York, NY 10036
Tel. (212) 714-3070
butlert@whiteandwilliams.com
*Counsel for Plaintiff*