# EXHIBIT H

## <u>ANNEXURE P-6</u>                    134



**Consultant(Outsourcing)**
Tel.011-23386630
Email: consultant.cpv@mea.gov.in
No. VII/415/22/17

**Ministry of External Affairs**
**Patiala House Annexe**
New Delhi-110001.
Date: 29th January, 2020

To

    **Shri Manoranjan Pratap Singh,**
    **Chief Executive Officer,**
    Cox & Kings Global Services Pvt. Ltd.,
    <u>New Delhi.</u>

**Subject:**   **Extension Agreements for outsourcing of consular, passport and visa (CPV) services – reg.**

Sir,

    Please refer to your letter dated 24th January, 2020 requesting permission for World Compliance Technology (WCT) Pvt. Ltd., Gurgaon to furnish Bank Guarantees (BGs) on behalf of CKGS and partner with CKGS in running the outsourcing operations and the subsequent meeting with Joint Secretary(CPV) on 27th January, 2020 in this regard.

2.    At the outset, we would like to refute the statement in your above letter that CKGS were granted approval by this Ministry for seeking strategic and investment partner for running the operations and furnishing the Bank Guarantees. No such approvals were given in this regard during the meetings held regarding extension of outsourcing contracts in November-December 2019. Also, in previous meetings, CKGS representatives have mentioned that CKGS is a Step 3 subsidiary of the parent holding company Cox & Kings Ltd., India (CKL) and is not directly under CKL. However, now from the above letter, it is noted that CKGS is a 100% subsidiary of CKL (as mentioned in the bottom of the letter head).

3.    The outsourcing contracts for CPV services have been signed between Ministry/Missions and CKGS. It is, therefore, the sole responsibility of CKGS to fulfill provisions of the contracts including furnishing BGs. There is no 'locus standi' as such for furnishing of BGs and assisting in 'running of operations' by a third party (in this case - WCT Pvt. Ltd., Gurgaon).

4.    Under the terms & conditions of the Extension Agreements, CKGS is required to furnish BGs to the concerned Mission/Post within one month of the signing of the Extension Agreement i.e. 31/01/2020. As conveyed during the meeting, it is requested to confirm at the earliest whether CKGS would be able to furnish BGs on its own or not by 31/01/2020.

    Thanking you,

                                           Yours sincerely,

                                          **(Sarvjit Singh)**
                                    **Consultant(Outsourcing)**