UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
WCT INC.,                                                   :
:
:
                         Plaintiff,   :
:        22-cv-6340 (VSB)
      -against-                                          :
:        **ORDER**
:
REPUBLIC OF INDIA, et al.,                                  :
:
                        Defendants.   :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      I am in receipt of Plaintiff's complaint, proposed order to show cause with emergency relief, the declaration of Sonia Boveja, the declaration of Thomas E. Butler, and the memorandum of law in support of Plaintiff's proposed order to show cause. (Docs. 1, 8–11.) According to Rules 23.2 and 23.3 of the Southern District of New York Electronic Case Filing Rules & Instructions, all documents electronically filed must be in PDF-A format and must be in text-searchable format. None of the documents Plaintiff recently filed are in PDF-A format, text-searchable, or in a format that they can be made text-searchable by the Court. Accordingly, it is hereby:

      ORDERED that, if Plaintiff wishes the Court to consider its motion, Plaintiff refile all the previously mentioned documents in the required format, (Docs. 1, 8–11), on or before July 28, 2022. Plaintiff is further ordered that any future documents filed in this action comply with the Southern District of New York Electronic Case Filing Rules & Instructions.

SO ORDERED.

Dated:  July 27, 2022
           New York, New York

                                                          Vernon S. Broderick
                                                         United States District Judge