# EXHIBIT F



24 January 2020

To

Shri Sarvjit Singh
Consultant (OS)
CPV Division
Ministry of External Affairs

Dear Sir

As per the meeting held in the Ministry with Honorable Joint Secretary sir dated 26th Dec, 2019 regarding extension of the validity of the outsourcing contracts in respect of the Indian Mission Project mentioned below, we have mentioned about our intention for seeking partners to have strategic and investment partner for running the operations and furnishing the Bank Guarantee and we were granted approval for the same:

1) Embassy of India Washington DC and M/s Cox and Kings Global Services Private Limited for Visa, OCI, Renunciation and PIO cards
2) Embassy of India Washington DC and M/s Cox and Kings Global Services Private Limited for Passport Services
3) Embassy of India Kuwait and M/s Cox and Kings Global Services Private Limited for Passport and Visa Services
4) Embassy of India Stockholm, Sweden and M/s Cox and Kings Global Services Private Limited for Passport and Visa Services
5) Embassy of India Israel and M/s Cox and Kings Global Services Private Limited for Passport and Visa Services

We Cox and Kings Global Services here states that our Bank Guarantee for all the mission has been arranged and we have got the investor who will be helping us in terms of Finance and operations for all the Mission projects.

Addition to this Bank is asking for Assignment approval as per the Clause 10 (Page No. 15 and 16) of the Master service agreement.

Our new Investment partner is World Compliance Technology (WCT), WCT Pvt Ltd., a company incorporated in India with its registered address at 1027-1030 Tower B3, Spaze i-Tech park, Sector 49, Sohna Road, Gurgaon, India

WCT will be furnishing the BG on behalf of GKGS and will be supporting us in running the operation for a period of 2 (TWO) years effective from 1st Jan, 2020 till 31st Dec, 2021

**Branch Office:** 3rd Floor, Vaman Center, Marol Makwana Road, Marol, Andheri East, Mumbai, Maharashtra 400059, INDIA
Tel.: +91 22 673133935 • Fax: +91 22 29254892

**Registered Office:** Turner Morrison Building, 16 Bank Street, Fort Mumbai – 400001, INDIA
Tel.: +91 22 2270 9100 • Fax: +91 22 2270 9161 • Web: www.ckgs.com • CIN No.: U63040MH2011PTC215069

Cox & Kings Global Services is a 100% subsidiary of Cox & Kings Ltd


**COX & KINGS**
**GLOBAL SERVICES**

Hence request you to please grant your consent to allow WCT to furnish the BG on our behalf and partner us in running the operation.

CKGS will be full responsible for adhering to RFP terms and clauses. There will be no deviation in any of the compliance and process.

With Warm Regards
Manoranjan Pratap Singh
Chief Executive Officer
Cox and Kings Global Services
New Delhi

Sign_____Manoranjay_____

Date : 24th Jan 2020

*[Signature: Manoranjay]*
*[Stamp: COX & KINGS GLOBAL SERVICES PVT. LTD. INDIA]*

Received in CPV Division, Ministry of External Affairs New Delhi on 24-01-2020.

*[Signature]*
Consultant (Outsourcing)
CPV Division, M.E.A.
24/01/2020

अनुभाग अधिकारी (पी०वी०)
Section Officer (PV)
विदेश मंत्रालय, नई दिल्ली
Ministry of External Affairs

To
M/s. CKGS,
New Delhi

**Branch Office:** 3rd Floor, Vaman Center, Marol Makwana Road. Marol, Andheri East, Mumbai, Maharashtra 400059, INDIA
Tel.: +91 22 673133935 • Fax: +91 22 29254892

**Registered Office:** Turner Morrison Building, 16 Bank Street, Fort Mumbai – 400001, INDIA
Tel: +91 22 2270 9100 • Fax: +91 22 2270 9161 • Web: www.ckgs.com • CIN No.: U63040MH2011PTC215069

Cox & Kings Global Services is a 100% subsidiary of Cox & Kings Ltd

Scanned with CamScanner