UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WCT INC.,

        Plaintiff,

v.

REPUBLIC OF INDIA, THE EMBASSY OF INDIA WASHINGTON, D.C., AND MINISTRY OF EXTERNAL AFFAIRS THROUGH THE EMBASSY OF INDIA, WASHINGTON, D.C.,

        Defendants.

STATE BANK OF INDIA,
NEW YORK BRANCH,

        Nominal Defendant.

No. 22-cv-6340

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

---

Upon the Declaration of Sonia Boveja, dated the 22nd day of July, 2022, and Exhibits thereto, and the Declaration of Thomas E. Butler, dated the 26th day of July, 2022, and upon the copy of the Complaint in this action, it is hereby

    ORDERED, that the above named Defendants and Nominal Defendant show cause in this Court, ~~at Room _____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York~~, on __August 16__, 2022 at __4:00__ o'clock in the __after__ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendants during the pendency of this action from: (i) drawing on the certain bank guarantees issued by State Bank of India Bank, New York Branch on or about March 10, 2020, copies of which are attached hereto, or otherwise utilizing the collateral supporting the same; and (ii) restraining and enjoining the Nominal Defendant from

*via telephonic conference, dial-in 888-363-4749, access code 2682448.*

29170072.1

accepting or honoring any request to draw on certain bank guarantees issued by the State Bank of India, New York Branch on or about March 10, 2020, copies of which are attached hereto, or otherwise utilizing the collateral in support of the same during the pendency of this action; and it is further

~~ORDERED that, sufficient reason having been shown therefore, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., (i) the Defendants are temporarily restrained and enjoined from drawing on the certain bank guarantees issued by State Bank of India Bank, New York Branch on or about March 10, 2020, copies of which are attached hereto, or otherwise utilizing the collateral supporting the same; and (ii) the Nominal Defendant is temporarily restrained and enjoined from accepting or honoring any request to draw on certain the certain bank guarantees issued by the State Bank of India, New York Branch on or about March 10, 2020, copies of which are attached hereto, or otherwise utilizing the collateral in support of the same; and it is further~~

ORDERED that service of a copy of this order and the papers in support upon the Defendant Republic of India at judicial-dla@nic.in, rksrivastava.dla@nic.in, and sureshchandra@nic.in.; Defendants the Ministry of External Affairs and the Embassy of India at amb.washington@mea.gov.in, jscpv@mea.gov.in, and consultant.cpv@mea.gov.in; and Nominal Defendant at mgrlc.nyb@statebank.com, and rep.washington@statebank.com, on or before 5:00 o'clock in the afternoon, July 29, 2022 shall be deemed good and sufficient service thereof.

Dated: New York, New York
~~July 26, 2022~~

Issued: _____ M

IT IS FURTHER ORDERED that any papers in opposition to Plaintiff's motion for a preliminary injunction be filed on ECF on or before August 5, 2022. Any reply papers in further support of Plaintiff's motion for a preliminary injunction are further ordered to be filed on ECF on or before August 12, 2022.

BY THE COURT:

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge

July 28, 2022

-2-