UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WCT INC.,

                       Plaintiff,

             -against-

REPUBLIC OF INDIA, et al.,

                      Defendants.
------------------------------------------------------------X

22-cv-6340 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

Due to a conflict on the Court's calendar, it is hereby:

ORDERED that the hearing for Defendants to show cause currently scheduled for August 16, 2022 at 4:00 p.m. is adjourned to August 19, 2022 at 2:00 p.m.  The dial-in is 888-363-4749 and the conference code is 2682448.  All other deadlines in the Order to Show Cause, (Doc. 23), remain.

SO ORDERED.

Dated: August 2, 2022
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge