UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WCT INC.,<br><br>    Plaintiff,<br><br> v.<br><br>REPUBLIC OF INDIA, THE EMBASSY OF INDIA WASHINGTON, D.C., AND MINISTRY OF EXTERNAL AFFAIRS THROUGH THE EMBASSY OF INDIA, WASHINGTON, D.C.,<br><br>    Defendants.<br><br>STATE BANK OF INDIA,<br>NEW YORK BRANCH,<br><br>    Nominal Defendant. | Case No.: 1:22-CV-06340-VSB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned is admitted to practice in this Court and hereby appears as counsel for Nominal Defendant State Bank of India's New York branch in the above-captioned action.

Dated: August 5, 2022
    New York, New York

                  Respectfully submitted,

                  **CARLTON FIELDS, P.A.**

            By: /s/ Natalie A. Napierala
                  Natalie A. Napierala
                  405 Lexington Ave., 36th Floor
                  New York, New York 10174
                  Tel: (212) 785-2747
                  nnapierala@carltonfields.com

                  *Attorney for Nominal Defendant*
                  *State Bank of India's New York branch*