UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WCT INC., <br><br>    Plaintiff, <br> v. <br><br>REPUBLIC OF INDIA, THE EMBASSY OF INDIA WASHINGTON, D.C., AND MINISTRY OF EXTERNAL AFFAIRS THROUGH THE EMBASSY OF INDIA, WASHINGTON, D.C., <br><br>    Defendants. <br><br>STATE BANK OF INDIA, <br>NEW YORK BRANCH, <br><br>    Nominal Defendant. | Case No.: 1:22-CV-06340-VSB <br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that the undersigned is admitted to practice in this Court and hereby appears as counsel for Nominal Defendant State Bank of India's New York branch in the above-captioned action.

Dated: August 5, 2022
    New York, New York

                    Respectfully submitted,

                    **CARLTON FIELDS, P.A.**

             By: /s/ Michael D. Sloan
                 Michael D. Sloan
                 CityPlace Tower – Suite 1200
                 525 Okeechobee Boulevard
                 West Palm Beach, FL  33401-6350
                 Tel: (561) 659-7070
                 msloan@carltonfields.com

                 *Attorney for Nominal Defendant*
                 *State Bank of India's New York branch*